AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

STEVEN WAYNE COLLIER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER: **3:99-cv-00641-ECR-RAM**

BOB BAYER, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's amended petition for writ of habeas corpus (Docket #14) is **DENIED.**


  February 15, 2008                         **LANCE S. WILSON**
                                                    Clerk

                                             /s/ Daniel R. Morgan
                                                 Deputy Clerk